1  MICHAEL A. LADRA, Bar. No. 64307
   mike.ladra@lw.com
2  RICHARD G. FRENKEL, Bar No. 204133
   rick.frenkel@lw.com
3  LISA K. NGUYEN, Bar No. 244280
   lisa.nguyen@lw.com
4  SHONEY A.H. BLAKE, Bar. No. 264981
   shoney.blake@lw.com
5  LATHAM & WATKINS LLP
   140 Scott Drive
6  Menlo Park, CA 94025
   Telephone: (650) 328-4600
7  Facsimile:  (650) 463-2600

8  KYLE A. VIRGIEN, Bar No. 278747
   kyle.virgien@lw.com
9  LATHAM & WATKINS LLP
   505 Montgomery Street, Suite 2000
10 San Francisco, CA 94111-6538
   Telephone: (415) 391-0600
11 Facsimile:  (415) 395-8095

12 Attorneys for Plaintiff
   WHATSAPP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WHATSAPP INC.<br><br>                          Plaintiff,<br><br>     v.<br><br>INTERCARRIER COMMUNICATIONS, LLC<br><br>                          Defendant. | Case No.  CV 13-04272 JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Current Case Management Conference:<br>Date:       December 11, 2013<br>Time:       2:00 p.m.<br>Place:      Courtroom 9, 19th Floor |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE
CV 13-04272 JST

1  WHEREAS a Case Management Conference in this action is scheduled for December 11, 2013 at 2:00 p.m.;

3  WHEREAS Plaintiff's counsel has a trial before Judge Grewal in the United States District Court for the Northern District of California beginning December 2, 2013 that is expected to run at least two weeks;

6  WHEREAS counsel for Defendant has agreed to rescheduling the December 11, 2013 Case Management Conference;

8  WHEREAS, with the Court's permission, lead counsel for Defendant would prefer to attend the Case Management Conference telephonically, with local counsel from the same firm appearing live, if the Court desires;

11  IT IS HEREBY STIPULATED AND AGREED, by and among the parties and their respective counsel of record and with the permission of the Court, that the Case Management Conference in this action shall be continued to Wednesday, January 22, 2014 at 2:00 p.m.  The parties shall file a Joint Case Management Statement on or before Friday, January 10, 2014.  The parties further request that lead counsel for each party be permitted to appear at the Case Management Conference telephonically.

DATED:  October 31, 2013

Respectfully submitted,

LATHAM & WATKINS LLP

By: */s/ Richard G. Frenkel*
    Richard G. Frenkel
    Attorneys for Plaintiff
    WHATSAPP INC.


FARNEY DANIELS PC


By: */s/ Jonathan D. Baker*
    Jonathan D. Baker
    Attorneys for Defendant
    INTERCARRIER COMMUNICATONS, LLC

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE
CV 13-04272 JST

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

The case management conference previously scheduled for December 11, 2013, will be continued until January 22, 2014 and that the parties file a Joint Case Management Statement on or before January 10, 2014.  Lead counsel will be permitted to attend the Case Management Conference telephonically.  Not later than twenty-four hours before the conference, all counsel shall provide the Courtroom Deputy a <u>single</u> direct-dial telephone number at which all counsel can be reached for the conference.

Dated:  November 4, 2013



IT IS SO ORDERED AS MODIFIED

Judge Jon S. Tigar

_____
HONO
United

## ATTESTATION CLAUSE

I, Richard G. Frenkel, hereby attest in accordance with General Order No. 45.X(B) that Jonathan D. Baker, counsel for Defendant INTERCARRIER COMMUNICATIONS, LLC, has provided his concurrence with the electronic filing of the foregoing document entitled JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE.

Dated: October 31, 2013

By: */s/ Richard G. Frenkel*