UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERCARRIER COMMUNICATIONS, LLC, <br><br> Defendant. | Case No. 13-cv-04272-JST <br><br> **ADDENDUM TO THE SCHEDULING ORDER** |

As an addendum to the Court's Scheduling Order dated January 22, 2014, the Court hereby ORDERS as follows:

As noted in the Scheduling Order, the parties must "bring any disputes regarding the format, scope, or content of any tutorial or hearing to the Court's attention at least five court days before the tutorial or hearing." The Court will deem as waived any objection raised less than five court days before the tutorial or hearing. The parties shall lodge hard copies of their presentation materials with the Court on the day of the tutorial or claim construction hearing.

At the claim construction hearing, the Court prefers that the parties proceed term-by-term, with each party providing its views on each term before moving on to the next. As noted in the Scheduling Order, the Court will reserve no more than three hours on its schedule for the claims construction hearing. The Court's use of time limits means that the parties may not have the opportunity to present oral argument on every term they have submitted for construction, and the parties should prioritize their presentations accordingly.

**IT IS SO ORDERED.**

Dated: February 3, 2014



JON S. TIGAR
United States District Judge