1  Tim Devlin (admitted *pro hac vice*)
   FARNEY DANIELS PC
2  1220 North Market Street, Suite 850
   Wilmington, DE 19806
3  Telephone: (302) 300-4626
   Email: tdevlin@farneydaniels.com
4

5  Jonathan D. Baker (Cal. Bar No. 196062)
   FARNEY DANIELS PC
6  411 Borel Ave., Suite 350
   San Mateo, CA 94402
7  Telephone: (424) 268-5210
   Facsimile:  (424) 268-5219
8  Email: jbaker@farneydaniels.com

9  Attorneys for Defendant
   INTERCARRIER COMMUNICATIONS, LLC
10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14  WHATSAPP, INC.,

15              Plaintiff,                 Case No.  13-cv-4272-JST

16       v.                                **PARTIES' STIPULATION AND JOINT MOTION TO EXTEND TIME TO EXCHANGE CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE**
17  INTERCARRIER COMMUNICATIONS, LLC,
18
                Defendant.
19

20
       Plaintiff WhatsApp, Inc. ("WhatsApp") and Defendant Intercarrier Communications, LLC
21
   ("ICC") (collectively "Parties") hereby stipulate and respectfully submit this stipulation and joint
22
   motion to extend the deadline for one date in the current case schedule.  In support, the Parties
23
   state the following:
24
       1.     Pursuant to the Court's Case Management and Scheduling Order (D.I. 33), the
25
   Parties are currently scheduled to exchange preliminary claim constructions and extrinsic evidence
26
   on May 5, 2014.
27
       2.     Due to the press of other case and business matters, ICC requested to WhatsApp a
28

STIPULATION AND JOINT MOTION TO EXTEND TIME                                                    - 1 -
CASE NO. 13-CV-4272-JST

brief extension of time for the Parties to exchange their preliminary claim constructions and extrinsic evidence.

3. The Parties have conferred and agree to extend the deadline for the exchange to until May 13, 2014.

4. The requested extension would not affect any other deadlines in the current case schedule.

5. The time for the case management conference was previously extended from December 11, 2013 to January 22, 2014.

WHEREFORE, the Parties hereby stipulate and agree to extend the deadline to exchange their preliminary claim constructions and extrinsic evidence to May 13, 2014, and respectfully request the Court to modify its Case Management and Scheduling Order.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: April 25, 2014         */s/ Tim Devlin*
                              Tim Devlin
                              Attorneys for Defendant
                              INTERCARRIER COMMUNICATIONS, LLC

DATED: April 25, 2014         */s/ Rick Frenkel*
                              Rick Frenkel
                              Attorneys for Plaintiff
                              WHATSAPP, INC.

### FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), Tim Devlin, hereby attests that the concurrence in the filing of this document has been obtained from the other signatories, which shall serve in lieu of their signatures.

*/s/ Tim Devlin*
Tim Devlin
Attorneys for Defendant
INTERCARRIER COMMUNICATIONS, LLC

1 **ORDER**

2     PURSUANT TO STIPULATION, IT IS SO ORDERED:

4 DATED:  April 28, 2014

