UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>INTERCARRIER COMMUNICATIONS, LLC,<br><br>    Defendant. | Case No.  13-cv-04272-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: ECF No. 55 |

Before the Court is ICC's Motion for Leave to Supplement its Infringement Contentions. Dkt. No. 55.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the parties' briefs have thoroughly addressed the issues, rendering the matter suitable for disposition without oral argument.  The hearing on this matter, currently scheduled for August 21, 2014, is hereby VACATED.

**IT IS SO ORDERED**.

Dated: August 7, 2014

                                                JON S. TIGAR
                                                United States District Judge