1  Timothy Devlin (admitted *pro hac vice*)
   Devlin Law Firm LLC
2  1220 N. Market Street, Suite 850
   Wilmington, DE 19801
3  Telephone: (302) 449-9010
   Facsimile: (302) 353-4251
4  Email: tdevlin@devlinlawfirm.com

5  Seth W. Wiener
   Law Offices of Seth W. Wiener
6  609 Karina Court
   San Ramon, CA 94582
7  Telephone: (925) 487-5607
8  Email: sethwiener@yahoo.com

9
   Attorneys for Defendant and Counter-Plaintiff
10 InterCarrier Communications, LLC

11                    **UNITED STATES DISTRICT COURT**

12                  **NORTHERN DISTRICT OF CALIFORNIA**

13                      **SAN FRANCISCO DIVISION**

14

15 WHATSAPP INC.,                          CASE NO. 3:13-CV-4272-JST

16                                         **STIPULATED MOTION FOR ONE-**
                        Plaintiff and      **WEEK EXTENSION OF TIME FOR ICC**
17                      Counter-Defendant   **TO FILE ITS REPLY CLAIM**
                                            **CONSTRUCTION BRIEF**
18        v.

19 INTERCARRIER COMMUNICATIONS
   LLC,
20
                        Defendant and
21                      Counter-Plaintiff

22

23

24

25

26

27

28

1    Defendant and Counterclaim-Plaintiff Intercarrier Communications, LLC ("ICC") and

2    Plaintiff and Counterclaim-Defendant WhatsApp, Inc. ("WhatsApp") hereby stipulate and

3    respectfully submit this motion to for a one-week extension of time for ICC to file its Reply

4    claim construction brief.  The Court's Scheduling Order (Dkt. No. 33) currently sets a due date

5    for ICC's Reply claim construction brief of August 11, 2014.  The extension would make the

6    brief due on August 18, 2014.

7    The parties previously filed, and the Court approved, a stipulation permitting ICC to

8    submit a shortened Opening brief of 25 pages or less, and further granted WhatsApp a

9    corresponding one-day extension to its deadline to file its Response claim construction brief, so

10   that its brief was due on August 5, 2014.  (Dkt. 66, 69.)  The parties filed and served their

11   respective briefs on those scheduled dates.

12   While the dates of WhatsApp's Response brief and ICC's Reply brief allowed only a

13   short turnaround for ICC's Reply (six days), ICC expected and intended to file its Reply brief on

14   the scheduled date.  However, as of last night, Thursday August 7, the lead associate on the case

15   for ICC became indisposed due to a medical issue.  The medical issue will sideline the lawyer

16   (one of two lawyers working on the claim construction brief) for several days.  Also, while a

17   several day extension would typically be sufficient for ICC under these circumstances, the other

18   ICC lawyer working on the brief (the lead lawyer on the case) has a *Markman* hearing in an

19   unrelated case that will take place in Boston on Wednesday, August 13; and then mediation in

20   the above-captioned case in the San Francisco area on Thursday, August 14, with travel back to

21   the East coast thereafter.  Accordingly, a one-week extension will allow counsel sufficient time

22   to prepare the brief even in light of these intervening dates.

23   Finally, the Court recently moved the *Markman* tutorial and hearing in this case back

24   several weeks, to September 30, 2014 and October 14, 2014, respectively.  (Dkt. 65.)  It is

25   therefore hoped that a one-week extension of time for ICC's reply brief will not substantially

26   impact the Court's time for preparation for the *Markman* tutorial and hearing.

27

28

**STIPULATED MOTION TO FILE ICC'S OPENING**
1    **CLAIM-CONSTRUCTION BRIEF OUT OF TIME**

1    Accordingly, the parties stipulate, subject to the Court's approval, that ICC shall have a

2  one-week extension of time to file and serve its Reply claim construction brief.  The new

3  deadline for ICC's reply claim construction brief will be August 18, 2014.  In addition, to

4  facilitate the mediation this week, ICC will, before the date of the mediation, provide WhatsApp

5  with an informal identification of the arguments and authorities that will be set forth in ICC's

6  Reply brief.

7                                                        Respectfully submitted,

8  Dated: August 8, 2014

9                                          By:  */s/ Timothy Devlin*
                                           Timothy Devlin
10                                         DEVLIN LAW FIRM LLC
                                           Counsel for InterCarrier Communications, LLC
11
   Dated: August 8, 2014
12
                                           By:  */s/ Richard G. Frenkel*
13                                         Richard G. Frenkel
                                           LATHAM & WATKINS LLP
14                                         Counsel for WhatsApp, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATED MOTION TO FILE ICC'S OPENING**
       **CLAIM-CONSTRUCTION BRIEF OUT OF TIME**

1

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), Tim Devlin hereby attests that the concurrence in the filing of this document has been obtained from the other signatories, which shall serve in lieu of their signatures.

By: */s/ Timothy Devlin*
Timothy Devlin
DEVLIN LAW FIRM LLC
Counsel for InterCarrier Communications, LLC

STIPULATED MOTION TO FILE ICC'S OPENING
CLAIM-CONSTRUCTION BRIEF OUT OF TIME

1

## <u>ORDER</u>

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

Dated:   August 8, 2014

5

6   IT IS SO ORDERED

7

8   Judge Jon S. Tigar

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATED MOTION TO FILE ICC'S OPENING
CLAIM-CONSTRUCTION BRIEF OUT OF TIME**