DOUGLAS E. LUMISH, Bar No. 183863
doug.lumish@lw.com
RICHARD G. FRENKEL, Bar No. 204133
rick.frenkel@lw.com
LISA K. NGUYEN, Bar No. 244280
lisa.nguyen@lw.com
NATASA PAJIC, Bar No. 268144
natasa.pajic@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile:  (650) 463-2600

KYLE A. VIRGIEN, Bar No. 278747
kyle.virgien@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile:  (415) 395-8095

Attorneys for Plaintiff and Counter-Defendant
WHATSAPP INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WHATSAPP INC.,<br><br>　　　　Plaintiff and<br>　　　　Counter-Defendant<br><br>　v.<br><br>INTERCARRIER COMMUNICATIONS LLC,<br><br>　　　　Defendant and<br>　　　　Counter-Plaintiff | CASE NO. 3:13-CV-4272-JST<br><br>**STIPULATION TO WITHDRAW EXPERT CLAIM CONSTRUCTION DECLARATIONS** |

1    WHEREAS WhatsApp, Inc. ("WhatsApp") included with its responsive claim construction brief a Declaration of Michael J. Freedman in Support of WhatsApp's Responsive Claim Construction Brief.

4    WHEREAS ICC has raised with WhatsApp the procedural issue that neither party had disclosed expert testimony in the parties' Joint Claim Construction and Pre-Hearing Statement.

6    WHEREAS InterCarrier Communications, LLC ("ICC"), as a precaution, included with its reply claim construction brief a Declaration of Regis J. Bates Jr. in Support of InterCarrier Communications LLC's Reply Claim Construction Brief.

9    WHEREAS the parties prefer to avoid any possibility that they may be acting out of concert with the Patent Local Rules.

11   IT IS HEREBY STIPULATED AND AGREED, by and among the parties and their respective counsel of record and with the permission of the Court, that the parties withdraw their respective expert declarations and all citations to these declarations in the claim-construction briefing.

Respectfully submitted,

Dated: August 19, 2014         By: */s/ Richard G. Frenkel*
                                Richard G. Frenkel
                                LATHAM & WATKINS LLP
                                Counsel for WhatsApp, Inc.

Dated: August 19, 2014         By: */s/ Timothy Devlin*
                                Timothy Devlin
                                DEVLIN LAW FIRM LLC
                                Counsel for InterCarrier Communications, LLC

FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), Richard G. Frenkel hereby attests that the concurrence in the filing of this document has been obtained from the other signatories, which shall serve in lieu of their signatures.

By: */s/ Richard G. Frenkel*
Richard G. Frenkel
LATHAM & WATKINS LLP
Counsel for WhatsApp, Inc.

1 **~~ORDER~~**

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.

4  Dated: August 22, 2014



28

~~STIPULATION~~ TO WITHDRAW EXPERT CLAIM
CONSTRUCTION DECLARATIONS