DOUGLAS E. LUMISH, Bar No. 183863
doug.lumish@lw.com
RICHARD G. FRENKEL, Bar No. 204133
rick.frenkel@lw.com
NATASA PAJIC, Bar No. 268144
natasa.pajic@lw.com
KARAN S. DHADIALLA, Bar No. 296313
karan.dhadialla@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile:  (650) 463-2600

KYLE A. VIRGIEN, Bar No. 278747
kyle.virgien@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile:  (415) 395-8095

Attorneys for Plaintiff and Counter-Defendant
WHATSAPP INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WHATSAPP INC., <br><br> Plaintiff and Counter-Defendant <br><br> v. <br><br> INTERCARRIER COMMUNICATIONS LLC, <br><br> Defendant and Counter-Plaintiff | CASE NO. 3:13-CV-4272-JST <br><br> **STIPULATION TO PROVIDE SUPPLEMENTAL CLAIM-CONSTRUCTION BRIEFING REGARDING CLAIM 3** |

1    WHEREAS the Court issued an order allowing InterCarrier Communications, LLC
2 ("ICC") to amend its infringement contentions to include Claim 3 of U.S. Patent No. 6,985,748
3 on September 4, 2014.
4    WHEREAS WhatsApp, Inc. contends that it is necessary to construe this claim's term "in
5 a common database."
6    WHEREAS ICC does not object to construction of this additional term.
7    IT IS HEREBY STIPULATED AND AGREED, by and among the parties and their
8 respective counsel of record and with the permission of the Court, that the parties will exchange
9 supplemental disclosures for the claim term "in a common database" conforming with the
10 requirements set out in Patent Local Rule 4-2 on or before October 6, 2014; that the parties will
11 file a supplemental brief addressing this term, not to exceed three pages exclusive of declarations
12 or exhibits, on or before October 8; that the parties will not rely in these disclosures or this
13 briefing on any expert declaration or testimony; and that the parties will be prepared to offer oral
14 argument on this term at the claim-construction hearing scheduled for October 14, 2014.

15
16                                              Respectfully submitted,
17
18   Dated: October 2, 2014                     By: */s/ Richard G. Frenkel*
                                                Richard G. Frenkel
19                                              LATHAM & WATKINS LLP
                                                Counsel for WhatsApp, Inc.
20
21   Dated: October 2, 2014                     By: */s/ Timothy Devlin*
                                                Timothy Devlin
22                                              DEVLIN LAW FIRM LLC
                                                Counsel for InterCarrier Communications, LLC
23
24
25
26
27
28

FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), Richard G. Frenkel hereby attests that the concurrence in the filing of this document has been obtained from the other signatories, which shall serve in lieu of their signatures.

By: /s/ Richard G. Frenkel
Richard G. Frenkel
LATHAM & WATKINS LLP
Counsel for WhatsApp, Inc.

1  **ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

4  Dated: October 2, 2014

