DOUGLAS E. LUMISH, Bar No. 183863
doug.lumish@lw.com
RICHARD G. FRENKEL, Bar No. 204133
rick.frenkel@lw.com
NATASA PAJIC, Bar No. 268144
natasa.pajic@lw.com
KARAN S. DHADIALLA, Bar No. 296313
karan.dhadialla@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile:  (650) 463-2600

KYLE A. VIRGIEN, Bar No. 278747
kyle.virgien@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile:  (415) 395-8095

Attorneys for Plaintiff and Counter-Defendant
WHATSAPP INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WHATSAPP INC.,<br><br>    Plaintiff and<br>    Counter-Defendant<br><br> v.<br><br>INTERCARRIER COMMUNICATIONS LLC,<br><br>    Defendant and<br>    Counter-Plaintiff | CASE NO. 3:13-CV-4272-JST<br><br>**STIPULATION TO EXTEND DEADLINE FOR SUPPLEMENTAL INVALIDITY CONTENTIONS** |

1    WHEREAS the Court issued an order allowing InterCarrier Communications, LLC
2  ("ICC") to amend its infringement contentions to include Claim 3 of U.S. Patent No. 6,985,748
3  on September 4, 2014.

4    WHEREAS the parties interpreted this order, in conjunction with Patent Local Rule 3-3,
5  to require WhatsApp to serve its supplemental invalidity contentions under that rule 45 days after
6  the date of this order, on October 27, 2014.

7    WHEREAS the Court issued an order construing claims of U.S. Patent Nos. 6,985,748
8  and 8,483,729 on October 16, 2014.

9    WHEREAS the parties are in the process of meeting and conferring to determine the
10  effect of the Court's October 16 order.

11    WHEREAS the parties agreed to resolve this issue prior to submitting the Further Joint
12  Case Management Statement due on or before November 5, 2014.

13    IT IS HEREBY STIPULATED AND AGREED, by and among the parties and their
14  respective counsel of record and with the permission of the Court, that if Claim 3 remains in this
15  case as an asserted claim as of the filing of the Further Joint Case Management Statement,
16  WhatsApp will serve its Claim 3 supplemental invalidity contentions pursuant to the Court's
17  September 4 order and Patent Local Rule 3-3 on November 12, 2014, and that if Claim 3 does
18  not remain in the case as an asserted claim as of the filing of the Further Joint Case Management
19  Statement, WhatsApp need not serve these supplemental invalidity contentions at all.

20                                                Respectfully submitted,

21

22  Dated: October 23, 2014                      By: */s/ Richard G. Frenkel*
                                                 Richard G. Frenkel
23                                               LATHAM & WATKINS LLP
                                                 Counsel for WhatsApp, Inc.
24

25  Dated: October 23, 2014                      By: */s/ Timothy Devlin*
                                                 Timothy Devlin
26                                               DEVLIN LAW FIRM LLC
                                                 Counsel for InterCarrier Communications, LLC
27

28

1

<u>FILER'S ATTESTATION</u>

2      Pursuant to Civil Local Rule 5-1(i)(3), Richard G. Frenkel hereby attests that the

3  concurrence in the filing of this document has been obtained from the other signatories, which

4  shall serve in lieu of their signatures.

5                                              By:  <u>*/s/ Richard G. Frenkel*</u>

6                                              Richard G. Frenkel
                                               LATHAM & WATKINS LLP
7                                              Counsel for WhatsApp, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND DEADLINE FOR
SUPPLEMENTAL INVALIDITY CONTENTIONS
CASE NO. 3:13-CV-4272-JST

1

**<u>ORDER</u>**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

Dated: <u>October 24, 2014</u>

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28