1  DOUGLAS E. LUMISH, Bar No. 183863
   doug.lumish@lw.com
2  RICHARD G. FRENKEL, Bar No. 204133
   rick.frenkel@lw.com
3  NATASA PAJIC, Bar No. 268144
   natasa.pajic@lw.com
4  KARAN S. DHADIALLA, Bar No. 296313
   karan.dhadialla@lw.com
5  LATHAM & WATKINS LLP
6  140 Scott Drive
   Menlo Park, CA 94025
7  Telephone: (650) 328-4600
   Facsimile:  (650) 463-2600
8
   KYLE A. VIRGIEN, Bar No. 278747
9  kyle.virgien@lw.com
   LATHAM & WATKINS LLP
10 505 Montgomery Street, Suite 2000
   San Francisco, CA 94111-6538
11 Telephone: (415) 391-0600
   Facsimile:  (415) 395-8095
12
   Attorneys for Plaintiff and Counter-Defendant
13 WHATSAPP INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WHATSAPP INC.,<br><br>  Plaintiff and Counter-Defendant<br><br>     v.<br><br>INTERCARRIER COMMUNICATIONS LLC,<br><br>  Defendant and Counter-Plaintiff | CASE NO. 3:13-CV-4272-JST<br><br>**STIPULATION TO EXTEND DEADLINE FOR FURTHER JOINT CASE MANAGEMENT STATEMENT** |

1       WHEREAS the Court issued an order construing claims of U.S. Patent Nos. 6,985,748
2 and 8,483,729 on October 16, 2014.

3       WHEREAS the parties are in the process of meeting and conferring to determine the
4 effect of the Court's October 16 order.

5       WHEREAS ICC has notified WhatsApp that it has preliminarily determined that it will
6 no longer assert claims 1, 3-5, 9, 12 and 17 of the '748 patent and claim 2 of the '729 patent,
7 while reserving the right to appeal the Court's Claim Construction Order as to those claims at the
8 appropriate time.

9       WHEREAS ICC and WhatsApp are discussing various proposals relating to further case
10 management of the remaining claims of the patents-in-suit.

11       WHEREAS the parties anticipate that a short extension to the deadline to file the Further
12 Joint Case Management Statement will allow them to either agree on a proposed case schedule
13 or further reduce the issues for the Court to decide relating to further management of this case.

14       IT IS HEREBY STIPULATED AND AGREED, by and among the parties and their
15 respective counsel of record and with the permission of the Court, that the parties may file the
16 Further Joint Case Management Statement on or before November 7, 2014.

17       Respectfully submitted,

19 Dated: November 4, 2014       By: */s/ Richard G. Frenkel*
20       Richard G. Frenkel
      LATHAM & WATKINS LLP
      Counsel for WhatsApp, Inc.

22 Dated: November 4, 2014       By: */s/ Timothy Devlin*
      Timothy Devlin
23       DEVLIN LAW FIRM LLC
      Counsel for InterCarrier Communications, LLC

1    FILER'S ATTESTATION

2    Pursuant to Civil Local Rule 5-1(i)(3), Richard G. Frenkel hereby attests that the

3    concurrence in the filing of this document has been obtained from the other signatories, which

4    shall serve in lieu of their signatures.

By: */s/ Richard G. Frenkel*
Richard G. Frenkel
LATHAM & WATKINS LLP
Counsel for WhatsApp, Inc.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 4, 2014

*IT IS SO ORDERED*
*Judge Jon S. Tigar*