DOUGLAS E. LUMISH, Bar No. 183863
doug.lumish@lw.com
RICHARD G. FRENKEL, Bar No. 204133
rick.frenkel@lw.com
NATASA PAJIC, Bar No. 268144
natasa.pajic@lw.com
KARAN S. DHADIALLA, Bar No. 296313
karan.dhadialla@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

KYLE A. VIRGIEN, Bar No. 278747
kyle.virgien@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Plaintiff and Counter-Defendant
WHATSAPP INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WHATSAPP INC., <br><br> Plaintiff and Counter-Defendant <br><br> v. <br><br> INTERCARRIER COMMUNICATIONS LLC, <br><br> Defendant and Counter-Plaintiff | CASE NO. 3:13-CV-4272-JST <br><br> **STIPULATION TO EXTEND DEADLINES SET FORTH IN THE COURT'S NOVEMBER 17, 2014 SCHEDULING ORDER** |

Plaintiff WhatsApp Inc. ("WhatsApp") and Defendant Intercarrier Communications, LLC ("ICC") hereby respectfully submit this joint motion to extend the deadlines set forth in the Court's November 16, 2014 Scheduling Order (Dkt. 107).  The parties have been and are currently engaged in negotiations for amicable resolution of the above-captioned matter and request additional time to further these discussions.

According to the Court's most recent Scheduling Order, ICC is supposed to serve updated infringement contentions and supporting evidence today, February 10, 2015.  The parties have conferred, and subject to the Court's approval, the parties agree to amend the Court's November 17, 2014 Scheduling Order to move this deadline to March 10, 2015 and the remainder of the deadlines as follows:

| Event | Original Deadline | Amended Deadline |
| --- | --- | --- |
| ICC serves updated infringement contentions and supporting evidence | February 10, 2015 | March 10, 2015 |
| ICC files motion for leave to amend its infringement contentions | February 19, 2015 | March 19, 2015 |
| WhatsApp files its limited motion for summary judgment of non-infringement | March 17, 2015 | April 14, 2015 |
| Summary Judgment opposition | April 7, 2015 | May 5, 2015 |
| Summary Judgment reply | April 21, 2015 | May 19, 2015 |
| Summary Judgment hearing | May 12, 2015 at 2:00 p.m. | June 9, 2015[1] |
| Parties submit further joint case management statement proposing a schedule through trial | 14 days after the Court rules on WhatsApp's limited motion for summary judgment | 14 days after the Court rules on WhatsApp's limited motion for summary judgment |

The case schedule was previously modified, as follows:

1. The time for the case management conference was previously extended from December 11, 2013 to January 22, 2014.

---

[1] Subject to the Court's availability

STIPULATION TO EXTEND DEADLINES SET FORTH IN THE
COURT'S NOVEMBER 17, 2014 SCHEDULING ORDER
CASE NO. 3:13-CV-4272-JST

1

2. The time to exchange preliminary claim constructions and supporting evidence was extended from May 5, 2014 to May 13, 2014.

3. The time for ICC to file a replacement opening claim construction brief was extended from July 21, 2014 to July 23, 2014.

4. The time for WhatsApp to file its claim construction brief was extended from August 4, 2014 to August 5, 2014.

5. The time for ICC to file its reply claim construction brief was extended from August 11, 2014 to August 18, 2014.

6. The time for the technology tutorial hearing was extended from September 8, 2014 to September 30, 2014.

7. The time for the claim construction hearing was extended from September 23, 2014 to October 14, 2014.

8. The time for WhatsApp to serve its supplemental invalidity contentions was extended from October 27, 2014 to November 12, 2014.

9. The time for the parties to serve its Further Joint Case Management Statement was extended from November 5, 2014 to November 7, 2014 and again to November 11, 2014.

WHEREFORE, WhatsApp and ICC respectfully request the Court to modify its November 16, 2014 Scheduling Order to permit the extensions as set forth above.

Respectfully submitted,

Dated: February 10, 2015          By: */s/ Richard G. Frenkel*
                                  Richard G. Frenkel
                                  LATHAM & WATKINS LLP
                                  Counsel for WhatsApp, Inc.

Dated: February 10, 2015          By: */s/ Timothy Devlin*
                                  Timothy Devlin
                                  DEVLIN LAW FIRM LLC
                                  Counsel for InterCarrier Communications, LLC

1    FILER'S ATTESTATION

2    Pursuant to Civil Local Rule 5-1(i)(3), Richard G. Frenkel hereby attests that the

3 concurrence in the filing of this document has been obtained from the other signatories, which

4 shall serve in lieu of their signatures.

By: */s/ Richard G. Frenkel*
Richard G. Frenkel
LATHAM & WATKINS LLP
Counsel for WhatsApp, Inc.

1 **[PROPOSED] ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

4 Dated: February 12, 2015

IT IS SO ORDERED

Judge Jon S. Tigar