1

2   Timothy Devlin (admitted pro hac vice)          Douglas E. Lumish, Bar No. 183863
    Devlin Law Firm LLC                             doug.lumish@lw.com
3   1220 N. Market Street, Suite 850                Richard G. Frenkel, Bar No. 204133
    Wilmington, DE 19801                            rick.frenkel@lw.com
4   Telephone: (302) 449-9010                       Natasa Pajic, Bar No. 268144
    Facsimile:  (302) 353-4251                      natasa.pajic@lw.com
5   Email: tdevlin@devlinlawfirm.com                Karan S. Dhadialla, Bar No. 296313
                                                    karan.dhadialla@lw.com
6   Seth W. Wiener (local counsel)                  LATHAM & WATKINS LLP
    Law Offices of Seth W. Wiener                   140 Scott Drive
7   609 Karina Court                                Menlo Park, CA 94025
    San Ramon, CA 94582                             Telephone: (650) 328-4600
8   Telephone: (925) 487-5607                       Facsimile: (650) 463-2600
    Email: sethwiener@yahoo.com
9                                                   Kyle A. Virgien, Bar No. 278747
    Attorneys for Defendant and                     kyle.virgien@lw.com
10  Counter-Plaintiff INTERCARRIER                  Latham & Watkins LLP
    COMMUNICATIONS, LLC                             505 Montgomery Street, Suite 2000
11                                                  San Francisco, CA 94111-6538
                                                    Telephone: (415) 391-0600
12                                                  Facsimile: (415) 395-8095

13                                                  Attorneys for Plaintiff and Counter-Defendant
                                                    WHATSAPP INC.
14

15

16                       UNITED STATES DISTRICT COURT

17                      NORTHERN DISTRICT OF CALIFORNIA

18                          SAN FRANCISCO DIVISION

19  WHATSAPP INC.,

20          Plaintiff and                           Case No.  3:13-cv-4272-JST
            Counter-Defendant,
                                                    **JOINT MOTION TO DISMISS**
21      v.                                          **BETWEEN WHATSAPP INC. AND**
                                                    **INTERCARRIER COMMUNICATIONS**
22  INTERCARRIER COMMUNICATIONS                     **LLC**

23  LLC,

            Defendant and
24          Counter-Plaintiff.

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1    Plaintiff and Counter-Defendant WhatsApp Inc. ("WhatsApp") and Defendant and

2  Counter-Plaintiff Intercarrier Communications LLC ("ICC"), hereby jointly move the Court to

3  dismiss all claims and counterclaims of ICC against WhatsApp with prejudice and all claims and

4  counterclaims of WhatsApp against ICC without prejudice.

5    The parties further move that all costs be assessed against the party who incurred them.

6    A proposed order is attached.

7                                                    Respectfully submitted,

8

9  Dated:  March 11, 2015                     By: */s/ Richard G. Frenkel*

10                                                   Douglas E. Lumish
                                                     Richard G. Frenkel
11                                                   Natasa Pajic
                                                     Karan S. Dhadialla
12                                                   Attorneys for Plaintiff and Counter-Defendant
                                                     WHATSAPP INC.
13
                                                     By: */s/ Timothy Devlin*
14

15                                                   Timothy Devlin
                                                     Attorney for Defendant and Counter-Plaintiff
16                                                   Intercarrier Communications, LLC

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY                                       1

1

**FILER'S ATTESTATION**

2        Pursuant to Civil Local Rule 5-1(i)(3), Richard G. Frenkel hereby attests that the

3   concurrence in the filing of this document has been obtained from the other signatories, which

4   shall serve in lieu of their signatures.

5                                                    By: */s/ Richard G. Frenkel*
                                                          Richard G. Frenkel
6                                                         LATHAM & WATKINS LLP
                                                          Counsel for WhatsApp, Inc.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY                                    2

# CERTIFICATE OF SERVICE

I certify that on this 11th day of March, 2015, a true copy of the foregoing will be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Timothy Devlin
tdevlin@farneydaniels.com
Farney Daniels LLP
1220 North Market Street, Suite 850
Wilmington, DE 19806
Telephone: (302) 449-9010
Email: tdevlin@devlinlawfirm.com

Seth W. Wiener (local counsel)
Law Offices of Seth W. Wiener
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607
Email: seth wiener@yahoo.com


*Counsel for Defendant and Counter-Plaintiff*
*Intercarrier Communications LLC*



 */s/ Richard G. Frenkel*

Douglas E. Lumish, Bar No. 183863
doug.lumish@lw.com
Richard G. Frenkel, Bar No. 204133
rick.frenkel@lw.com
Natasa Pajic, Bar No. 268144
natasa.pajic@lw.com
Karan S. Dhadialla, Bar No. 296313
karan.dhadialla@lw.com
**Latham & Watkins LLP**
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-
*Counsel for Plaintiff and Counter-Defendant*
*WhatsApp Inc.*

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SILICON VALLEY

1  DOUGLAS E. LUMISH, Bar. No. 183863
   doug.lumish@lw.com
2  RICHARD G. FRENKEL, Bar No. 204133
   rick.frenkel@lw.com
3  NATASA PAJIC, Bar. No. 268144
   natasa.pajic@lw.com
4  KARAN S. DHADIALLA, Bar No. 296313
   karan.dhadialla@lw.com
5  LATHAM & WATKINS LLP
   140 Scott Drive
6  Menlo Park, CA 94025
   Telephone: (650) 328-4600
7  Facsimile:  (650) 463-2600

8  KYLE A. VIRGIEN, Bar No. 278747
   kyle.virgien@lw.com
9  LATHAM & WATKINS LLP
   505 Montgomery Street, Suite 2000
10 San Francisco, CA 94111-6538
   Telephone: (415) 391-0600
11 Facsimile:  (415) 395-8095

12 Attorneys for Plaintiff and Counter-Defendant
   WHATSAPP INC.
13

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16              SAN FRANCISCO DIVISION

17 WHATSAPP INC.,                   CASE NO. 3:13-CV-4272-JST

18          Plaintiff and           **[PROPOSED] ORDER**
            Counter-Defendant,
19
       v.                           Judge: Hon. Jon S. Tigar
20
   INTERCARRIER COMMUNICATIONS
21 LLC,

22          Defendant and
            Counter-Plaintiff.
23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1    The Court, having read and considered the Joint Motion to Dismiss of Plaintiff and

2 Counter-Defendant WhatsApp Inc. ("WhatsApp") and Defendant and Counter-Plaintiff

3 Intercarrier Communications LLC ("ICC"), and good cause appearing, hereby GRANTS the

4 motion and it is hereby:

5    ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in

6 this suit by ICC against WhatsApp are hereby dismissed with prejudice, and all claims and

7 counterclaims asserted in this suit by WhatsApp against ICC are hereby dismissed without

8 prejudice.

9    It is further ORDERED that all costs are assessed against the party who incurred them.

10

11 SO ORDERED.

12 Dated: _____

13

14                                              _____

15                                              Hon. Jon S. Tigar
                                                United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2