UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATSAPP INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERCARRIER COMMUNICATIONS, LLC,<br><br>    Defendant. | Case No. 13-cv-04272-JST<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>Re: ECF No. 110 |

The parties have filed a joint motion to dismiss dated March 11, 2015. ECF No. 110. Good cause appearing, the Court hereby grants the motion. All claims and counterclaims asserted in this suit by Defendant and Counter-Plaintiff Intercarrier Communications LLC ("ICC") against Plaintiff and Counter-Defendant WhatsApp Inc. ("WhatsApp") are hereby dismissed with prejudice. All claims and counterclaims asserted in this suit by WhatsApp against ICC are hereby dismissed without prejudice. All costs shall be assessed against the party who incurred them. The Clerk is directed to close the file.

**IT IS SO ORDERED**.

Dated: March 12, 2015

                                                JON S. TIGAR
                                   United States District Judge